# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-4203

———————

Natalie Johnson-Lee; Dean     *
Zimmerman; Eric Makela; Shane Price; *
Tom Taylor; Lisa Crockett; Travis Lee; *
Pauline Thomas; Lani Hogan; Stephen *
Goodell; Brady Baker; Steven Wash; *
Ken Bradley; Cam Gordon, *
               *   Appeal from the United States
      Plaintiffs/Appellants, *   District Court for the District
               *   of Minnesota.
    v.              *
               *   [UNPUBLISHED]
City of Minneapolis,        *
               *
      Defendants/Appellee.   *

———————

Submitted: September 12, 2005
Filed: March 3, 2006

———————

Before LOKEN, Chief Judge, WOLLMAN, and BYE, Circuit Judges.

———————

PER CURIAM.

Plaintiffs appeal the district court's[1] grant of summary judgment dismissing their claims against the City of Minneapolis alleging its Redistricting Commission's Redistricting Plan violated various provisions of Minneapolis's City Charter as well

---

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

as Section 2 of the Voting Rights Act (42 U.S.C. §§ 1973-1973p); 42 U.S.C. § 1983; and the Fourteenth and Fifteenth Amendments to the United States Constitution. Having reviewed the record and the parties' submissions de novo, <u>Lerohl v. Friends of Minn. Sinfonia</u>, 322 F.3d F.3d 486, 488 (8th Cir. 2003), we conclude an extensive discussion is not warranted. The district court has provided a comprehensive and well-reasoned opinion addressing the issues raised by the parties, and we have nothing to add to the analysis. Accordingly, we affirm the judgment of the district court for the reason's stated in its memorandum opinion. <u>See</u> 8th Cir. R. 47B.

_____